COURT OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-167-CV
 
IN THE MATTER OF C.A.H.                                                       
   APPELLANT
 
----------
FROM PROBATE COURT OF DENTON COUNTY
----------
MEMORANDUM OPINION(1)
AND JUDGMENT
----------
We have considered appellant's
"Motion To Dismiss Appeal." It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
 
                                                                     
PER CURIAM
 
PANEL F: WALKER, LIVINGSTON, and DAUPHINOT, JJ.
DELIVERED: August 14, 2003

1. See Tex. R. App. P. 47.4.